HENRY O. BOENNING v. THE BRICK TOWNSHIP MUNICI-
PAL UTILITIES AUTHORITY.

October 11, 1977. Petition for certification denied. (See
150 *N. J. Super.* 32)

HAMAR THEATRES, INC. v. CITY OF NEWARK.

October 11, 1977. Petition for certification denied.

HENRY J. DAALEMAN v.
ELIZABETHTOWN GAS COMPANY.

October 11, 1977. Petition for certification granted. (See
150 *N. J. Super.* 78)

CENTRAL REGIONAL EDUCATION ASSOCIATION v. CEN-
TRAL REGIONAL HIGH SCHOOL BOARD OF EDUCA-
TION.

October 11, 1977. Petition for certification granted.

STATE OF NEW JERSEY v. ANASTACIO FIGUEROA.

October 11, 1977. Petition for certification denied.